AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Nov 25, 2025**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| KURT J. ANGELONE,<br>*Plaintiff*<br>v.<br><br>AARON BROWN,<br>*Defendant* | )<br>)<br>)  Civil Action No.  2:25-CV-0373-TOR<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendant's Motion to Dismiss (ECF No. 3) is GRANTED in part. Plaintiff's federal claims are DISMISSED with prejudice. Plaintiff's state law claim is DISMISSED without prejudice; Plaintiff's Motion for Leave to Amend Complaint (ECF No. 8) is DENIED; Plaintiff's Motion for Automatic Stay of Proceedings Pending Ruling Set for November 21, 2025 (ECF No. 9) is DENIED. Judgment entered in favor of Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Thomas O. Rice

Date:  November 25th, 2025

CLERK OF COURT

s/Sean F. McAvoy
*Signature of Clerk*