FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 22, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KURT J. ANGELONE,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>AARON BROWN,<br><br>　　　　　　　Defendant. | NO. 2:25-CV-0373-TOR<br><br>ORDER DENYING MOTION FOR EXTENSION OF TIME TO APPEAL AND MOTION FOR RECONSIDERATION |

BEFORE THE COURT is Plaintiff's Motion for Extension of Time to File Notice of Appeal, ECF No 19, and Motion for Reconsideration, ECF No. 20. These matters were submitted for consideration without oral argument. The Court has reviewed the record and files herein and is fully informed. Plaintiff's Motions are DENIED.

ORDER DENYING MOTION FOR EXTENSION OF TIME TO APPEAL
AND MOTION FOR RECONSIDERATION ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Plaintiff's Motion for Extension of Time to File Notice of Appeal, ECF No 19, is **DENIED.**

2. Plaintiff's Motion for Reconsideration, ECF No. 20, is **DENIED**.

The District Court Executive is directed to enter this Order, furnish copies to the parties. The file remains **CLOSED**.

DATED January 22, 2026.



THOMAS O. RICE
United States District Judge

ORDER DENYING MOTION FOR EXTENSION OF TIME TO APPEAL AND MOTION FOR RECONSIDERATION ~ 2